# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

LOIS JUDEVINE BLACKWELL and JUDVINE, INC., a Missouri Nonprofit Corporation d/b/a JUDEVINE CENTER FOR AUTISM, )
)
)
)
                          Plaintiff(s), )
) Case No.
                          vs. )
)
TOUCHPOINT AUTISM SERVICES, INC., )
)
                         Defendant(s). )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for JUDEVINE, INC. hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   N/A

2. Subsidiaries not wholly owned by the corporation:
   N/A

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   N/A

/s/ Sandra J. Wunderlich
Signature (Counsel for Plaintiff/Defendant)
Print Name: SANDRA J. WUNDERLICH
Address: Stinson Morrison Hecker, LLP
168 N. Meramec, Suite 400
City/State/Zip: St. Louis, MO 63105
Phone: (314) 259-4500

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 3d Day of March, 20 10.