# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

LOIS JUDEVINE BLACKWELL and JUDEVINE, INC., a Missouri Nonprofit Corporation d/b/a JUDEVINE CENTER FOR AUTISM,

    Plaintiff(s),

vs.

TOUCHPOINT AUTISM SERVICES, INC.

    Defendant(s).

Case No. 4:10-cv-00360-TIA

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for <u>TouchPoint Autism Services, Inc.</u> hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation: None.

2. Subsidiaries not wholly owned by the corporation: None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation: None.

Signature (Counsel for ~~Plaintiff~~/Defendant)
Print Name: Fernando Bermudez   79964
Address: Green Jacobson, P.C.
7733 Forsyth Blvd., Suite 700
City/State/Zip: St. Louis, MO 63105
Phone: (314) 862-6800

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 8 Day of April, 2010.