UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOIS JUDEVINE BLACKWELL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:10-CV-00360 TIA |
| TOUCHPOINT AUTISM SERVICES, INC., | ) |
| Defendant. | ) |

ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR dated _____, 2010,

☒   **An ADR conference was held on:** __July 27, 2010__.

☒   All required individuals, parties, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

The ADR referral was concluded on ____August 19,____, 2010 and the parties [ ☒ did  ☐ did not] achieve a settlement.*

*subject to a condition the parties are currently working to fulfill
-----------------------------------------------------------------------------------------

☐   **Although this case was referred to ADR, a conference WAS NOT HELD.**

Comments:

August 19, 2010                               _/s/ Richard P. [signature]_
_____                               _____
Date                                          Neutral