IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOIS JUDEVINE BLACKWELL and JUDEVINE, INC., a Missouri Nonprofit Corporation d/b/a JUDEVINE CENTER FOR AUTISM, <br><br> Plaintiffs, <br><br> v. <br><br> TOUCHPOINT AUTISM SERVICES, INC. <br><br> Defendant. | Case No. 4:10-CV-00360 TIA |

## JOINT STATUS REPORT

The Parties hereby jointly report to the Court that they are engaged in the process of memorializing the settlement agreement between the parties.  The parties hope to complete this process as soon as possible, but no later than October 29, 2010.

Dated: October 19, 2010


STINSON MORRISON HECKER, LLP

By:   */s/ Sandra J. Wunderlich*
    Sandra J. Wunderlich, EDMO #33182
    7700 Forsyth Boulevard, Suite 1100
    St. Louis, Missouri 63105
    Phone: (314) 863-0800
    Fax: (314) 863-9388
    E-mail: swunderlich@stinson.com

ATTORNEYS FOR PLAINTIFFS

GREEN JACOBSON, P.C.

By:   */s/ Fernando Bermudez* (with consent)
    Fernando Bermudez, #79964
    W. Scott Rose, #5243725
    Petya B. Beltcheva, #534560
    7733 Forsyth Boulevard, Suite 700
    St. Louis, Missouri 63105
    Phone: (314) 862-6800
    Fax: (314) 862-1606
    E-mail:   bermudez@stlouislaw.com
            rose@stlouislaw.com
            beltcheva@stlouislaw.com

ATTORNEYS FOR DEFENDANT

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 19th day of October, 2010, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon the following counsel of record:

          */s/ Sandra J. Wunderlich*