IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOIS JUDEVINE BLACKWELL and JUDEVINE, INC., a Missouri Nonprofit Corporation d/b/a JUDEVINE CENTER FOR AUTISM,<br><br>          Plaintiffs,<br><br>v.<br><br>TOUCHPOINT AUTISM SERVICES, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:10-CV-00360 TIA<br>)<br>)<br>)<br>) |

## UPDATED STATUS REPORT

Plaintiffs hereby notify the Court that they were unable to complete the execution of the settlement agreement by October 29, 2010 due to the schedules of the parties who must approve and execute the documents. As such, Plaintiffs, with the consent of Defendant, requests that the Court grant the parties, up to and including, November 9, 2010 in which to complete the settlement.

Dated: October 29, 2010

                                      Respectfully submitted,

                                      STINSON MORRISON HECKER, LLP

                                      By:   */s/ Sandra J. Wunderlich*
                                             Sandra J. Wunderlich, EDMO #33182
                                             7700 Forsyth Boulevard, Suite 1100
                                             St. Louis, Missouri 63105
                                             Phone: (314) 863-0800
                                             Fax: (314) 863-9388
                                             E-mail: swunderlich@stinson.com
                                             ATTORNEYS FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 29th day of October, 2010, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon the following counsel of record:

                                                            */s/ Sandra J. Wunderlich*

DB04/838169.0002/3485504.1 DD02