IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOIS JUDEVINE BLACKWELL and JUDEVINE, INC., a Missouri Nonprofit Corporation d/b/a JUDEVINE CENTER FOR AUTISM,<br><br>       Plaintiffs,<br><br>v.<br><br>TOUCHPOINT AUTISM SERVICES, INC.<br><br>       Defendant. | Case No. 4:10-CV-00360 TIA |

## UPDATED STATUS REPORT

Plaintiffs hereby notify the Court that the Parties are continuing their efforts to complete the execution of the settlement agreement.  The Parties anticipate that they will complete the settlement process within the next thirty (30) days.

Dated: November 15, 2010

                                            Respectfully submitted,

                                            STINSON MORRISON HECKER, LLP

                                            By:    */s/ Sandra J. Wunderlich*
                                                  Sandra J. Wunderlich, #39019MO
                                                  7700 Forsyth Boulevard, Suite 1100
                                                  St. Louis, Missouri 63105
                                                  Phone: (314) 863-0800
                                                  Fax: (314) 863-9388
                                                  E-mail: swunderlich@stinson.com
                                                  ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of November, 2010, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon the following counsel of record:

Fernando Bermudez
W. Scott Rose
Petya B. Beltcheva
GREEN JACOBSON, P.C.
7733 Forsyth Boulevard, Suite 700
St. Louis, MO 63105
Email: bermudez@stlouislaw.com
Email: rose@stlouislaw.com
Email: beltcheva@stlouislaw.com

ATTORNEYS FOR DEFENDANT

                                                     */s/ Sandra J. Wunderlich*
                                                     Attorney for Plaintiffs

DB04/838169.0002/3602167.1 DD02